

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2019

No. 04-19-00531-CV

**IN THE INTEREST OF D.N.C.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00380
Honorable Solomon Casseb III, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of court for this appeal are taxed against Kristie Guarneros.

It is so **ORDERED** on September 25, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2019.

_____
Keith E. Hottle, Clerk of Court